**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **Karen L. Jerman,** | ) | **CASE NO. 1:06 CV 1397** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE PATRICIA A. GAUGHAN** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Carlisle, McNellie, Rini, Kramer** | ) | **Judgment Entry** |
| **& Ulrich, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This Court, having issued its Memorandum of Opinion and Order granting in part and denying in part Plaintiff's Motion for Summary Judgment (Doc. 53) and granting Defendant's Motion for Partial Summary Judgment on Damages (Doc. 54), hereby enters judgment to plaintiff as to the underlying claim and denies "additional damages."

IT IS SO ORDERED.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated: 4/18/11